No. 86–1857.  CONTINENTAL BANK INTERNATIONAL *v.* CITY OF NEW YORK, DEPARTMENT OF FINANCE.  Appeal from Ct. App. N. Y.  Motion of appellant for leave to file Rule 28.1 listing under seal granted.  Appeal dismissed for want of substantial federal question.  JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 87–1376.  CITY OF EUCLID, OHIO *v.* SHANK, DIRECTOR, OHIO ENVIRONMENTAL PROTECTION AGENCY.  Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1601.  BELL, INDIVIDUALLY AND DBA WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY ET AL.  Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1619.  GREEN *v.* WATERTOWN EQUIPMENT CO. ET AL. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1441.  EVERS *v.* BOARD OF MEDICAL EXAMINERS ET AL. Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question.

No. 87–6481.  SALAZAR *v.* OHIO CIVIL RIGHTS COMMISSION ET AL.  Appeal from Ct. App. Ohio, Lucas County, dismissed for want of substantial federal question.